# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00523-CV

**In re John M. Sigman**

**T. C. and D. D., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-14-004687, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of D. D. The subject of this proceeding is John M. Sigman, appellant's attorney.

Appellant filed her notice of appeal on August 5, 2016, and her brief was due September 20, 2016. On October 11, 2016, after extending the deadline once, we ordered counsel to file appellant's brief no later than October 17, 2016. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that John M. Sigman shall appear in person before this Court **on Wednesday, November 9, 2016, at 1:30 p.m.,** in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in

Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our October 11, 2016 order.

It is ordered on October 24, 2016.

Before Justices Puryear, Pemberton and Field